**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD D. GRIMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No.4:07cv1272SNLJ/TIA** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Terry I. Adelman (# 14 ), filed September 11, 2008 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the final decision of the Commissioner denying the plaintiff's application for a Period of Disability and Disability Insurance Benefits under Title II of the Social Security Act be and is **AFFIRMED**.

Dated this ___18th___ day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE